[No. 39422-7-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN RONALD BLATT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00672-1, Richard L. Brosey, J., entered June 10, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Hunt, J.

[No. 39508-8-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH LEE NICKOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-1-00263-5, Richard L. Brosey, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Sweeney, J.

[No. 39646-7-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER T. BOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 09-1-00222-6, F. Mark McCauley, J., entered August 3, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Hunt, JJ.

[No. 39799-4-II. Division Two. August 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL MICHAEL CONROY, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-02193-2, Carol Murphy, J., entered September 10, 2009. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, A.C.J., and Armstrong, J.